UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22930-JB

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

LEUNG HEALTHCARE NORTH
MIAMI BEACH, INC., *et al.*,

    Defendants.

_____/

**<u>FINAL DEFAULT JUDGMENT</u>**

Final Judgment is entered in favor of Plaintiff, Howard Michael Caplan, and against Defendants Leung Healthcare North Miami Beach, Inc. and WKCMY, LLC ("Defendants") in the form of a declaratory judgment and injunctive relief, and for attorney's fees and costs in the amount of Twelve Thousand Seventeen Dollars and Eighty-five Cents **($12,017.85),** for which sum let execution issue forthwith.

The Court issues a declaratory judgment finding that Defendants are violation of Title III of the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, at the property it owns and/or leases at 16260 NE 13th Avenue, North Miami Beach, Florida 33162. The Court hereby issues an injunction requiring Defendants to comply with all sections of the ADA and the 2010 ADA Standards for Accessible Design ("ADAAG") no later than **five (5) months** from the date of this Order. Without limiting the foregoing, Defendants, must rectify the following issues identified in the Complaint:

a. The customer parking facility for the business does not provide a compliant accessible parking space. 2010 ADA Standards 502.1

b. The main customer parking lot in the west side of the building has nineteen (19) marked standard parking spaces and three (3) non-compliant accessible parking spaces.

c. The parking facility does not have the minimum number of compliant accessible parking spaces required. One (1) compliant accessible parking space with adjacent access aisle is required. 2010 ADA Standards 208.2

d. The parking facility does not provide directional and informational signage to a compliant accessible parking space. 2010 ADA Standards 216.5

e. There is currently no existing accessible route to help persons with disabilities enter the facility or safely maneuver through the parking area. At least one accessible route must be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve. 2010 ADA Standards 206.2.1

f. The northern most accessible parking space access aisle leads to a non-compliant entrance door. There is a step from the asphalt parking lot up to the entrance doorway. There is a 3-inch step at the threshold. 2010 ADA Standards 302.2. 303.1

g. The center accessible parking space access aisle leads to a non-compliant entrance door. There is a step from the asphalt parking lot up to the entrance doorway. There is a 3-inch step at the threshold. 2010 ADA Standards 302.2. 303.1

h. The center entrance doorway is non-compliant. The asphalt area in front of the door is rough and uneven. Uneven ground surfaces are prohibited in required clear floor and ground spaces, turning spaces, and in similar spaces where people using wheelchairs and other mobility devices must maneuver to use elements such as at doors, fixtures, and telephones. 2010 ADA Standards 404.2.4.4

i. The third non-compliant accessible parking space is located at the south end of the parking lot. The access aisle is missing. Each parking space must be at least 12 feet wide and marked to define the width and must have an adjacent access aisle. complying with 502.3. 2010 ADA Standards 502.2

j. The third accessible parking space must be part of an accessible route to the building or facility entrance. Access aisles must be placed adjacent to accessible parking spaces. All spaces must be located on an accessible route that is at least 44 inches wide so that users are not compelled to walk or wheel behind parked vehicles except behind his or her own vehicle. 2010 ADA Standards 502.3

k.  The customer entrance doors along the west side of building are non-compliant. Each one has non-compliant knob-type door hardware. Operable parts must be operable with one hand and not require tight grasping, pinching, or twisting of the wrist. 2012 ADA Standards 309.4

l.  The center entrance door has a sign stating "handicap assistance available upon request." There is no phone number posted or door buzzer to make the request. 2010 ADA Standards 216.3

m. Additionally, the door sign does not contain tactile characters. Either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, must be provided. 2010 ADA Standards 703.1

n.  The main three entrances on the east side of building are non-compliant. There is a noncompliant change in level (6-inch step) at the customer entrance door from the building sidewalk up to the threshold. Having one step at the entrance can prevent access by a person using a wheelchair, walker, or cane and can make entry difficult for many other people with mobility disabilities. 2010 ADA Standards 303.1

o.  The facility does not provide compliant directional and informational signage to an accessible route which would lead to an accessible entrance. Where not all entrances comply, compliant entrances must be identified by the International Symbol of Accessibility. Directional signs

that indicate the location of the nearest compliant entrance must be provided at entrances that do not comply. 2010 ADA Standards 216.6

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 4th day of December, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT COURT JUDGE**